Wed Jun 1 13:06:02 2005

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 60361
Cashier fmccabe

Check Number:

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

ACI CHECK FOR ALDRIN DIAZ

APPEALS FEE IN CA. 04-187 L

cn